# Third District Court of Appeal

## State of Florida

Opinion filed April 24, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1028
Lower Tribunal No. 16-182-A-K
_____

**Anthony Valdes,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Donald C. Barrett, P.A., and Donald C. Barrett, for appellant.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Strickland v. Washington</u>, 466 U.S. 668, 687–88 (1984) (setting forth two-part test for ineffective assistance claim); <u>Occhicone v. State</u>, 768 So. 2d 1037, 1048 (Fla. 2000) (explaining that strategic decisions of counsel rarely rise to the level of ineffective assistance); <u>see also</u> <u>Miller v. State</u>, 161 So. 3d 354, 364 (Fla. 2015) ("Ineffective assistance claims are reviewed under a mixed standard of review because the performance and prejudice prongs of <u>Strickland</u> present mixed questions of law and fact.").